# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH A. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:12-cv-971-SEB-DKL |
| ) | |
| CAPITAL ONE BANK (USA), N.A. a/k/a ) | |
| CAPITAL ONE SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with the Court's ruling on Defendant's Motion to Dismiss (Docket No. 8), it is ADJUDGED that this cause is DISMISSED.

SO ORDERED:

Date: 11/26/2012

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jane Dall Wilson
Kathryn E. Olivier
FAEGRE BAKER DANIELS LLP
jane.wilson@faegrebd.com
kathryn.olivier@faegrebd.com

Jamie H. Harvey
SMITH HARVEY LAW OFFICE
jhharvey@smithharveylawoffice.com